NUMBER 13-01-471-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


JESUS ARISTA GONZALEZ, JR. , Appellant,


v.



MISS VONCILLE, INC., ET AL. , Appellees.

____________________________________________________________________


On appeal from the 107th District Court

of Cameron County, Texas.

____________________________________________________________________


O P I N I O N

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam



Appellant, JESUS ARISTA GONZALEZ, JR. , perfected an appeal from a judgment entered by the 107th District Court of
Cameron County, Texas, in cause number 2000-06-2691-A . After the notice of appeal was filed, appellees filed a notice
of settlement. Appellees state that the claims and disputes between the parties have been resolved and the case has been
settled.

The Court, having considered the documents on file and appellees' motion to dismiss, is of the opinion that the motion
should be granted. Appellees' motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 31st day of August, 2001 .